UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

STEPHEN KUNTZ,

    **Plaintiff,**

    v.                                         Civil Action 2:22-cv-1811
                                              Judge Sarah D. Morrison
THE OHIO STATE UNIVERSITY,       Magistrate Judge Chelsey M. Vascura

    **Defendant.**

## ORDER

The parties reported on July 5, 2022, that they have reached a settlement in principle. The parties are **DIRECTED** to file a joint written **REPORT** detailing the status of this case **ON OR BEFORE AUGUST 4, 2022**, unless they have filed a dismissal entry in accordance with Federal Rule of Civil Procedure 41(a)(1)(A) in the interim.

    **IT IS SO ORDERED.**

                                                             */s/ Chelsey M. Vascura*
                                                             CHELSEY M. VASCURA
                                                             UNITED STATES MAGISTRATE JUDGE