**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| Stephen Kuntz, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:22-cv-1811 |
| | : | |
| v. | : | Judge Sarah D. Morrison |
| | : | |
| The Ohio State University, | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| Defendant. | : | |

**STATUS REPORT**

Defendant, The Ohio State University submits this Status Report, as Plaintiff was out-of-pocket. The parties have finalized the terms the settlement in this matter, and the agreement will soon be circulated for signature. However, due to logistical considerations, it could take up to 60 days from the date of this Report for the matter to be dismissed, although the parties are committed to closing this matter out as soon as possible.

Respectfully Submitted,

**DAVE YOST (0056290)**
ATTORNEY GENERAL OF OHIO

*/s/ Christopher E. Hogan*
Christopher E. Hogan           (0070236)
Lead Attorney
chogan@npkhlaw.com
Amy E. Kuhlman                 (0083194)
akuhlman@npkhlaw.com
Newhouse, Prophater, Kolman & Hogan, LLC
3366 Riverside Drive, Suite 103
Columbus, Ohio 43221
Telephone:    614/255-5441
Facsimile:     614/255-5446
*Outside Counsel for Defendant
The Ohio State University*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 4, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will also send such notification to:

Elizabeth S. Tuck
The Tuck Firm, LLC
810 Sycamore Street, 4th Floor
Cincinnati, Ohio 45202
*Counsel for Plaintiff*

                                            */s/ Christopher E. Hogan*
                                            Christopher E. Hogan        (0070236)