# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Stephen Kuntz, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:22-cv-1811 |
| | : | |
| v. | : | Judge Sarah D. Morrison |
| | : | |
| The Ohio State University, | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rule of Civil Procedure, Plaintiff Stephen Kuntz and Defendant, The Ohio State University hereby stipulate to the dismissal of this matter, with prejudice. Each party shall bear its own attorney fees and costs.

Respectfully Submitted,

| THE TUCK FIRM, LLC | **DAVE YOST (0056290)** |
| | ATTORNEY GENERAL OF OHIO |

| */s/ Elizabeth S. Tuck* | */s/ Christopher E. Hogan* |
|---|---|
| Elizabeth S. Tuck          (0076542) | Christopher E. Hogan          (0070236) |
| lisa@tuckfirm.com | Lead Attorney |
| 810 Sycamore Street, 4th Floor | chogan@npkhlaw.com |
| Cincinnati, Ohio 45202 | Amy E. Kuhlman          (0083194) |
| Telephone:   513/545-6781 | akuhlman@npkhlaw.com |
| Facsimile:   513/263-9081 | Newhouse, Prophater, Kolman & Hogan, LLC |
| *Counsel for Plaintiff* | 3366 Riverside Drive, Suite 103 |
| | Columbus, Ohio 43221 |
| | Telephone:   614/255-5441 |
| | Facsimile:   614/255-5446 |
| | *Outside Counsel for Defendant* |
| | *The Ohio State University* |